Frank Lange et al., Appellants, v. George Earl Bristle, Administrator of Estate of Lewis Bristle, Deceased, Appellee.

Gen. No. 9,527.

Heard in this court at February term; 1940; opinion filed May 15, 1940; rehearing denied June 19, 1940. I. L. Weaver and Chas. H. Woodburn, for appellants; J. A. Riordan and Ward & Ward, for appellee. Opinion by JUSTICE DOVE. "Not to be published in full."